**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

| | |
|---|---|
| **URSI TECHNOLOGIES INC,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.: 1:25-cv-1291-PTG-LRV** |
| ) | |
| **VITA TECH INC., et al,** ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please take notice that undersigned counsel Matthew A. Crist, Esq., of Matthew A. Crist, PLLC, hereby enters his appearance as counsel of record for Plaintiff in the above-captioned matter.

Respectfully Submitted,
Ursi Technologies Inc,

By: _____/s/ Matthew Crist_____
Matthew A. Crist, VSB No. 85922
mcrist@MACPLLC.net
Matthew A. Crist, PLLC
9200 Church St., Suite 200
Manassas, VA 20110
(571) 551-6859
***Counsel for Plaintiff***

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing paper was served by United States Postal Service, first-class mail, postage prepaid, on this date, October 30, 2025, upon the following:

Visa L. Jaganathan
(personally and on behalf of Vita Tech Inc.,)
42671 Burbank Terrace
Sterling, VA 20166
*Pro Se Defendants*

/s/ Matthew Crist