IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---------------------------------------------------------X
:
URSI TECHNOLOGIES, INC.                   :
                                          :    Civil Action No.
      Plaintiff,                          :    1:25-cv-01291-PTG-LRV
v.                                        :
                                          :
VITA TECH INC.,          :
et al.,                                   :
                                          :
      Defendants.                         :
                                          :
---------------------------------------------------------X

## ANSWER

NOW COME Defendants, through counsel, and for their Answer to the Complaint herein state as follows:

1. As to the allegations of Paragraph 1, Defendants admit that it so purports, but deny any such breach.

2. Admitted as to Defendant Vita Tech Inc.  Denied as to Defendant Jaganathan.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

1 [second].  Admitted.

2 [second].  Denied.

3 [second]   Denied.

4 [second]   Denied.

5 [second]   Admitted.

6 [second]   Denied.

7.        Admitted that personal jurisdiction exists over Vita Tech; otherwise denied.

8.        Admitted that venue is proper.

9.        Admitted.

10.       Denied.

11.       Admitted.

12.       Admitted.

13.       Denied.

14.       Admitted.

15.       Admitted.

16.       Denied.

17.       Admitted.

18.       Admitted.

19.       Denied.

20.       Denied.

21.       Denied.

22.       Denied.

23.       Denied,

24.       Denied.

25.       Admitted,

26.       Denied.

27. Admitted.

28. Admitted.

29. Denied.

30. Admitted,

31. Denied.

32. Denied.

33. Denied.

34. Defendants incorporate their responses to Paragraphs 1-33.

35. Admitted as to Vita Tech, denied as to Jaganathan.

36. Admitted.

37. Admitted,

38. Admitted.

39. Denied,

40. Denied.

41. `Denied,

42. Denied.

43. Admitted that said 1909 case so held.

44. Denied.

45. Denied.

46. Admitted,

47. Denied.

48, Defendants incorporate their responses to Paragraphs 1-47.

49. Denied.

50. Admitted.

51. Denied.

52. Denied.

53. Denied.

54. Admitted.

55. Admitted.

56. Admitted.

57. Denied.

58. Denied.

59. `Denied.

60. Admitted.

61. Denied.

62. Admitted.

63. Denied.

64. Denied.

Defendants further deny each and every allegation not expressly admitted, and deny that Plaintiff is entitled to the relief requested.

SEPARATE AND AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim on which relief may be granted.

2. This Court lacks subject matter jurisdiction.

3. The claim is barred by the statute of limitations and/or laches.

WHEREFORE, Defendants respectfully request that judgment be entered in favor of Defendants, that the Complaint be dismissed, that Plaintiff take nothing thereon, and that Defendants be awarded their costs of this action, including reasonable attorney's fees.

Dated: November 14, 2025.

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, VSB #37123
dpress@chung-press.com
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Ste. 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 [facsimile]
Counsel for Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of November, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Robert S. Webb, Esq.
>Webb Legal, PLLC.
>10304 Eaton Place, Suite 100
>Fairfax, Va. 22030
>
>Matthew A. Crist, PLLC
>9200 Church St., Suite 200
>Manassas, VA 20110

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

None.

>/s/ Daniel M. Press
>Daniel M. Press, VSB #37123
>dpress@chung-press.com
>CHUNG & PRESS, P.C.
>6718 Whittier Avenue, Suite 200
>McLean, Virginia 22101
>(703) 734-3800
>(703) 734-0590 [facsimile]
>Counsel for Defendants