IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
---------------------------------------------------------X
                                            :
URSI TECHNOLOGIES, INC.                     :
                                            :        Civil Action No.
        Plaintiff,                          :        1:25-cv-01291-PTG-LRV
v.                                          :
                                            :
VITA TECH INC.,         :
et al.,                                     :
                                            :
        Defendants.                         :
                                            :
---------------------------------------------------------X
```

## JOINT DISCOVERY PLAN

Pursuant to the Court's Order, counsel for the Plaintiff and Defendants have conferred with respect to discovery procedures for this matter. The Plaintiff and Defendants agree to follow the schedule set forth below:

1. <u>Nature of Claims and Defenses</u>. On November 25, 2025, the parties conferred concerning the nature and basis of their claims and defenses. The parties discussed the possibility for settlement or resolution of the case. It was agreed that following initial disclosures and initial discovery efforts, the parties would further discuss settlement and/or resolution, including the possibility of a request that the case be referred to a magistrate judge for a settlement conference.

2. <u>Rule 26(a)(1) Initial Disclosures</u>. The parties will make their Fed. R. Civ. P. 26(a)(1) initial disclosures by December 10, 2025.

3. <u>Expert Disclosures and Discovery</u>. The parties acknowledge that all discovery shall be concluded by the Court ordered discovery deadline of March 13, 2026, and

that all discovery requests shall be served with sufficient time that responses will be due on or before that date.  At this time, the parties agree that the allowed number of interrogatories in the Scheduling Order is adequate.  If necessary and for good cause, either party may request modification from the Court. Discovery requests and responses may be served via email in PDF or other readable format.

With respect to depositions, parties agree to conduct depositions electronically.  This case may require out of state depositions of three to four witnesses.

The parties have agreed to the following expert disclosure deadlines:

    Plaintiff:         45 days prior to discovery cut-off
    Defendants:    30 days prior to discovery cut-off
    Rebuttal:       15 days prior to discovery cut-off

All expert disclosures shall be served by email .pdf file in addition to service by conventional means.  All experts shall be made available for deposition during the period following service of their disclosures, and prior to the following deadline.

4.      <u>Protective Orders</u>.  To the extent it becomes necessary, the parties shall confer on the terms of an appropriate Protective Order to protect any confidential or proprietary information that may be exchanged during the course of discovery.

5.      <u>Provisions for Electronic Discovery</u>.  The parties discussed discovery of electronically stored information  The parties will first seek  discovery of electronically stored information  of (a)  email or SMS/text communications (which may be produced as static images (paper or .pdf), with attachments), documents and files on the parties' computer systems; and (b) electronic documents (other than the body of email or SMS/text communications) shall be produced in their native format.   Should additional and comprehensive discovery of electronic stored information be necessary, The Parties will meet and confer and present to the Court an

Electronic Stored Information plan tailored to the need. Notwithstanding any agreement to limit electronic discovery, the parties agree that no party may rely in this action on any electronic document or information not produced in discovery.

6. <u>Magistrate Judge</u>. The parties do not consent to proceed to trial before the assigned Magistrate Judge.

7. <u>Initial Pretrial Scheduled for December 17, 2025</u>. Parties have endeavored to comply with the Scheduling Order. The parties request the Court to either cancel the Initial Pretrial Conference or in the alternative permit the attorneys to attend the Conference remotely.

Dated: November 25, 2025.

                Respectfully submitted,

                /s/ Daniel M. Press
                Daniel M. Press, VSB #37123
                dpress@chung-press.com
                CHUNG & PRESS, P.C.
                6718 Whittier Avenue, Suite 200
                McLean, Virginia 22101
                (703) 734-3800
                (703) 734-0590 [facsimile]
                *Counsel for Defendants*

                /s/ Matthew A. Crist
                Matthew A. Crist, VSB No. 85922
                mcrist@MACPLLC.net
                Matthew A. Crist, PLLC
                9200 Church St., Suite 200
                Manassas, VA 20110
                (571) 551-6859
                *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Robert S. Webb, Esq.
>Webb Legal, PLLC.
>10304 Eaton Place, Suite 100
>Fairfax, Va. 22030
>
>Matthew A. Crist, PLLC
>9200 Church St., Suite 200
>Manassas, VA 20110

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

None.

>  /s/ Daniel M. Press
> Daniel M. Press, VSB #37123
> dpress@chung-press.com
> CHUNG & PRESS, P.C.
> 6723 Whittier Avenue, Suite 302
> McLean, Virginia 22101
> (703) 734-3800
> (703) 734-0590 [facsimile]
> Counsel for Defendants