IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| URSI TECHNOLOGIES INC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:25-cv-1291 |
| | ) | |
| VITA TECH INC., et al, | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE**

Pursuant to Fed. R. Civ. P. Rules 16(b)(4), Rule 6(b)(1), and Rule 30(a)(2)(A)(iii), Plaintiff, by and through its undersigned counsel, with the consent of Defendants, respectfully moves this Court for an order to extend discovery deadline to June 15, 2026 or to another alternate date as deemed by the Court. Defendant's counsel has indicated that he consents to the relief requested herein and has endorsed the proposed order submitted herewith.

PRELIMINARY STATEMENT

Presently, discovery cut off is on March 13, 2026. ECF 11, Scheduling Order. Parties have diligently exchanged the first set of written discovery including admissions, interrogatories, and production of documents. Plaintiff has noted the deposition of Defendant 30(b)(6) designee for March 2, 2026. Plaintiff needs to depose Mr. Jaganathan Ranganathan. He is unavailable due to a medical reason. Defendant has produced a letter from a doctor indicating Mr. Ranganathan has had heart surgery on February 2, 2026. The letter can be filed under seal if so required by the Court. The medical letter indicates he needs 12 weeks to recover. Plaintiff intends to depose Mr. Ranganathan between April 27 and May 1, 2026, 12 weeks from the date of his surgery.

1

Mr. Ranganathan is a crucial witness in the case. He is married to Vita Tech's president. He had an active role in the dispute between Vita Tech and  Happy Minds in connection with the unpaid invoices that is at the heart of the dispute in this case. Mr. Ranganathan also managed Vita Tech's business bank accounts that received payments from Happy Minds.  It is anticipated that Plaintiff may need further discovery after Ranganathan deposition.

For these reasons,  parties requests an Order from the Court to extend discovery cut off to June 15, 2026.

Dated:  February 18, 2026

Respectfully submitted
By counsel

| | |
|---|---|
| Seen and Agreed:<br><br>/s/ Dan Press<br><br>_____<br><br>By: Dan Press Esq. VSB #37123<br>Counsel for Defendant | |
| By:  /s/ Matthew Crist<br>Matthew A. Crist, VSB No. 85922<br>mcrist@MACPLLC.net<br>Matthew A. Crist, PLLC<br>9200 Church St., Suite 200<br>Manassas, VA 20110<br>(571) 551-6859<br>*Co-Counsel for Plaintiff* | By:  /s/ Dev Kayal<br>Dev Kayal, Esq.<br>USDC Bar #: 446195<br>14201 Laurel Park Drive, Ste 223<br>Laurel MD 20707<br>Tel: 301-502-0486<br>Email: dev@dojolaw.com<br>*Co-Counsel for Plaintiff* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing paper was served by electronic means upon all counsel of record on this date, February 19, 2026.

By:  _____/s/_____

Matthew Crist