IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| URSI TECHNOLOGIES INC, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>VITA TECH INC., et al, )<br>Defendants. )<br> ) | Civil Action No.: 1:25-cv-1291 |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO EXTEND DISCOVERY DEADLINE**

1. This request for extension will not impact the pretrial conference set for March 18, 2026.

2. Neither party has sought any prior extensions of discovery in this case.

3. Plaintiff has diligently pursued written discovery and now needs to depose the witness Jaganathan Ranganthan who is presently unavailable due to medical reasons.

4. Counsel have conferred in good faith and identified the week of April 27 to May 1, 2026 the earliest date the witness is available.

5. Defendants, by counsel, have consented to this requested relief.

6. Good cause exists under Fed. R. Civ. P. 16(b)(4) to modify the Scheduling Order for this limited purpose. The requested extension is narrow, will not affect any other deadlines, and will not prejudice any party.

7. Because the deposition would occur after the discovery cutoff, should the Court deny to extend the discovery deadline, leave of court is required under Fed. R. Civ. P. 30(a)(2)(A)(iii).

8. Plaintiff also requests an extension of time to complete discovery pursuant to Fed. R. Civ. P. 6(b)(1). The request is made before the expiration of the current deadline and is supported by good cause.

For the foregoing reasons, Plaintiff, by counsel, respectfully request that the Court grant this motion and extend the present date for completion of discovery to June 15, 2026, or another date as deemed appropriate by the Court.

Respectfully submitted
By counsel

| By: /s/ Matthew Crist<br>Matthew A. Crist, VSB No. 85922<br>mcrist@MACPLLC.net<br>Matthew A. Crist, PLLC<br>9200 Church St., Suite 200<br>Manassas, VA 20110<br>(571) 551-6859<br>*Co-Counsel for Plaintiff* | By: /s/ Dev Kayal<br>Dev Kayal, Esq.<br>USDC Bar #: 446195<br>14201 Laurel Park Drive, Ste 223<br>Laurel MD 20707<br>Tel: 301-502-0486<br>Email: dev@dojolaw.com<br>*Co-Counsel for Plaintiff*<br>(Admitted *Pro Hac Vice*) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| URSI TECHNOLOGIES INC, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VITA TECH INC., et al, ) <br> Defendants. ) <br> ) | Civil Action No.: 1:25-cv-1291 |

**PROPOSED ORDER**

This cause being heard on Plaintiff's Consent Motion for Extension of Time to Complete Discovery, in consideration of the reasons stated in Plaintiff's Motion and Memorandum, and in consideration of the agreement of counsel for Defendants, it is hereby **ORDERED** that

A. The Scheduling Order of November 14, 2025, DKT 11, is hereby modified and the Parties will complete discovery on June 15, 2026;

B. Plaintiff shall be permitted to depose witness Jaganathan Ranganthan between April 27 to May 1, 2026.

_____

JUDGE Patricia Tolliver Giles

Date:

| | |
|---|---|
| Seen and Agreed:<br><br>/s/ Dan Press<br>_____<br>By: Dan Press Esq. VSB #37123<br>Counsel for Defendant | |
| By: /s/ Matthew Crist<br>Matthew A. Crist, VSB No. 85922<br>mcrist@MACPLLC.net<br>Matthew A. Crist, PLLC<br>9200 Church St., Suite 200<br>Manassas, VA 20110<br>(571) 551-6859<br>*Co-Counsel for Plaintiff* | By: /s/ Dev Kayal<br>Dev Kayal, Esq.<br>USDC Bar #: 446195<br>14201 Laurel Park Drive, Ste 223<br>Laurel MD 20707<br>Tel: 301-502-0486<br>Email: dev@dojolaw.com<br>*Co-Counsel for Plaintiff*<br>(Admitted *Pro Hac Vice*) |