IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| URSI TECHNOLOGIES INC, <br> Plaintiff, <br> <br> v. <br> <br> VITA TECH INC., et al, <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No.: 1:25-cv-1291 <br> ) <br> ) <br> ) <br> ) |

**WAIVER OF ORAL ARGUMENTS**
**MOTION TO EXTEND DISCOVERY DEADLINE**

Please take notice that pursuant to Local Rule of Civil Procedure 7, Plaintiff hereby waives oral arguments on its Consent Motion to Extend Discovery Deadline.

Respectfully submitted
By counsel

| | |
|---|---|
| By:  /s/ Matthew Crist <br> Matthew A. Crist, VSB No. 85922 <br> mcrist@MACPLLC.net <br> Matthew A. Crist, PLLC <br> 9200 Church St., Suite 200 <br> Manassas, VA 20110 <br> (571) 551-6859 <br> *Co-Counsel for Plaintiff* | By:  /s/ Dev Kayal <br> Dev Kayal, Esq. <br> USDC Bar #: 446195 <br> 14201 Laurel Park Drive, Ste 223 <br> Laurel MD 20707 <br> Tel: 301-502-0486 <br> Email: dev@dojolaw.com <br> *Co-Counsel for Plaintiff* <br> (Admitted *Pro Hac Vice*) |

1