IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| URSI TECHNOLOGIES INC, <br> Plaintiff, <br><br> v. <br><br> VITA TECH INC., et al, <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No.: 1:25-cv-1291 <br> ) <br> ) <br> ) <br> ) |

**PROPOSED ORDER**

This cause being heard on Plaintiff's Consent Motion for Extension of Time to Complete Discovery, in consideration of the reasons stated in Plaintiff's Motion and Memorandum, and in consideration of the agreement of counsel for Defendants, it is hereby **ORDERED** that

A. The Scheduling Order of November 14, 2025, DKT 11, is hereby modified and the Parties will complete discovery on June 15, 2026;

B. Plaintiff shall be permitted to depose witness Jaganathan Ranganthan between April 27 to May 1, 2026.

_____

JUDGE Patricia Tolliver Giles

Date:

| | |
|---|---|
| Seen and Agreed:<br><br>/s/ Daniel M. Press<br>_(signature)_ (With Authority From MR Press By Email)<br>By: Daniel M. Press Esq. VSB #37123 Counsel for Defendant | |
| By: _(signature)_<br>Matthew A. Crist, VSB No. 85922<br>mcrist@MACPLLC.net<br>Matthew A. Crist, PLLC<br>9200 Church St., Suite 200<br>Manassas, VA 20110<br>(571) 551-6859<br>*Co-Counsel for Plaintiff* | By: /s/ Dev Kayal<br>Dev Kayal, Esq.<br>USDC Bar #: 446195<br>14201 Laurel Park Drive, Ste 223<br>Laurel MD 20707<br>Tel: 301-502-0486<br>Email: dev@dojolaw.com<br>*Co-Counsel for Plaintiff*<br>(Admitted *Pro Hac Vice*) |