**MATTHEW A. CRIST, PLLC**
9200 Church Street, Suite 200, Manassas, VA 20110
703-665-7878 • MCrist@MACPLLC.net

February 20, 2026

**VIA USPS First-Class Mail**
EDVA District Court Clerk Alexandria division
401 Courthouse Square
Alexandria, VA 22314

**Re:**   Ursi Tech. v. Vita Tech, et al. Case No.: 1:25-cv-1291
          **Agreed Order**

Dear Sir or Miss

Please see enclosed:

    - Agreed Order

Do not hesitate to call me at 571-551-6859 if there are any additional issues.

Sincerely,

Matthew Crist

1