Matthew A. Crist
9200 Church St Ste 200
MANASSAS VA 20110-5561

NOVA 220
20 FEB 2026 PM 6 L

NOVA 220
20 FEB 2026 PM 6 L



US POSTAGE
FIRST-CLASS
FROM 20110
02/20/2026
Stamps.com



RECEIVED
MAILROOM

FEB 2 3 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

EDVA Alexandria Division Clerk
401 Courthouse Sq
ALEXANDRIA VA 22314-5701

U.S. MARSHALS INSPECTED