UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| URSI TECHNOLOGIES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-1291-PTG-LRV |
| ) | |
| VITA TECH INC., et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion to Extend Discovery Deadline (Dkt. No. 17) (the "Motion") and the memorandum in support (Dkt. No. 18). Plaintiff requests that the Court extend the discovery deadline from March 13, 2026 to June 15, 2026. (*Id.* at 1.) In support of that 94-day extension request, Plaintiff argues that is it necessary to depose non-party Mr. Jaganathan Ranganathan, the spouse of Defendant Vita Tech's president, who is described as having "an active role in the dispute between Vita Tech and Happy Minds in connection with the unpaid invoices that is at the heart of the dispute in this case." (*Id.* at 1–2.) Plaintiff further contends it has been unable to depose Mr. Ranganathan because he had heart surgery on February 2, 2026 and needs twelve weeks to recover, such that, the earliest date he can be deposed is April 27, 2026. (*Id.* at 1.) Plaintiff further states that it intends to depose Mr. Ranganathan between April 27, 2026 and May 1, 2026.

Discovery opened on November 14, 2025. Plaintiff does not explain why it failed to take Mr. Ranganthan's deposition in the nearly three months between when discovery opened and when Mr. Ranganthan had his heart surgery. Nor does Plaintiff explain why it would be necessary to

1

extend discovery for nearly forty-five (45) days after Mr. Ranganathan's potential deposition on or about April 27, 2026. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED IN PART**. Plaintiff is granted leave to depose Mr. Ranganathan out of time. The deposition must be completed by **May 1, 2026**. All other deadlines remain unchanged. It is further

**ORDERED** that the Motion is **DENIED** in all other respects.

Additionally, it appears that Plaintiff failed to comply with the Court's direction to file the Local Civil Rule 7.1(B) citizenship disclosure statement by December 22, 2025. (*See* Dkt. No. 15, ¶ 5.) Plaintiff must file its citizenship disclosure statement by 5:00 pm ET on **February 27, 2026**.

**ENTERED** this 24th day of February, 2026.

Alexandria, Virginia

/s/
Lindsey Robinson Vaala
United States Magistrate Judge

2