UNITED STATES FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| URSI TECHNOLOGIES,<br>Plaintiff,<br><br>v.<br><br>VITA TECH, INC., et. al.,<br>Defendants. | )<br>)<br>)<br>) Civil Action No.: 1:25-cv-1291<br>)<br>)<br>)<br>)<br>) |

## MOTION TO TAKE LEAVE OF COURT TO WITHDRAW AS LOCAL COUNSEL

COMES NOW, Attorney Robert Stephens Webb, Esq., and pursuant to Local Rule 83.1(H), submits this Motion to Take Leave of Court to Withdraw as Counsel, and in support thereof, states the following:

1. Undersigned Counsel has obtained employment as an Attorney with the Federal Government.

2. In anticipation of this change, Undersigned Counsel sought out additional local counsel to assist on this matter.

3. Sometime in October of 2025, new local counsel Matthew Crist, Esq., and Plaintiff entered into a retainer agreement.

4. On October 30, 2025, new local counsel Matthew Crist, Esq. submitted his Notice of Appearance, and Plaintiff has representation.

WHEREFORE, Undersigned Counsel requests the Court to GRANT Undersigned Counsel's Motion to Withdraw as Local Counsel.

> Respectfully submitted.
> PLAINTIFF URSI TECHNOLOGIES INC.
> By Counsel
>
> /s/ Robert S. Webb
> _____
>
> Robert S. Webb, Esq.
> Va. Bar No.: 91698
> Webb Legal, PLLC.
> 10304 Eaton Place, Suite 100
> Fairfax, Va. 22030
> Phone: (703) 409-3057
> rswebb@webbleglapllc.com
>
> Date:  February 25, 2025