UNITED STATES FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| URSI TECHNOLOGIES, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VITA TECH, INC., et. al., ) <br> Defendants. ) | Civil Action No.: 1:25-cv-1291 |

PROPOSED ORDER

UPON CONSIDERATION of Local Counsel, Robert S. Webb, Esq.'s, Motion to Take Leave to Withdraw as Local Counsel, and in consideration of new local counsel's Notice of Appearance on October 30, 2025, this Court hereby **GRANTS,** the Motion to Withdraw as Counsel, and it is hereby **ORDERED**, that Local Counsel Robert S. Webb, is **WITHDRAWN** from the above captioned matter.

**SO ORDERED.**

_____
DISTRICT COURT JUDGE