UNITED STATES FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| URSI TECHNOLOGIES,<br>Plaintiff,<br><br>v.<br><br>VITA TECH, INC., et. al.,<br>Defendants. | Case No.: 1:25-cv-1291-PTG-LRV |

ORDER

This matter comes before the Court on the Motion to Take Leave to Withdraw as Local Counsel (Dkt. No. 23) (the "Motion"), filed by Robert S. Webb. Upon consideration of the Motion and substitute local counsel's October 30, 2025 Notice of Appearance, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Clerk's Office **WITHDRAW** the appearance of Robert S. Webb, as counsel for Plaintiff in the above captioned matter.

**ENTERED** this 26th day of February, 2026.

Alexandria, Virginia.

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge