IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| URSI TECHNOLOGIES INC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 1:25-cv-1291 |
| | ) |
| VITA TECH INC., et al, | ) |
| Defendants. | ) |
| | ) |

**STIPULATION OF DISMISSAL**

Plaintiff and all Defendants have agreed to dismiss this action WITH PREJUDICE, and, therefore, hereby stipulate pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this matter be dismissed WITH PREJUDICE, with each Party to bear its own fees and costs.

Respectfully submitted,
all parties, by counsel,

/s/ Daniel M. Press
Daniel M. Press, VSB #37123
dpress@chung-press.com
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
703-734-3800
*Counsel for Defendants*

/s/ Matthew Crist                    /s/ Dev Kayal
Matthew A. Crist, VSB No. 85922      Dev Kayal, Esq.
mcrist@MACPLLC.net                   USDC Bar #: 446195
Matthew A. Crist, PLLC               14201 Laurel Park Drive, Ste 223
9200 Church St., Suite 200           Laurel MD 20707
Manassas, VA 20110                   Tel: 301-502-0486
(571) 551-6859                       Email: dev@dojolaw.com
*Co-Counsel for Plaintiff*           *Co-Counsel for Plaintiff*
                                     (Admitted *Pro Hac Vice*)