IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| URSI TECHNOLOGIES INC, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Civil Action No.: 1:25-cv-1291 <br> ) |
| VITA TECH INC., et al, <br> Defendants. | ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL

Plaintiff and all Defendants have agreed to dismiss this action WITH PREJUDICE, and, therefore, hereby stipulate pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this matter be dismissed WITH PREJUDICE, with each Party to bear its own fees and costs.

Respectfully submitted,
all parties, by counsel,

/s/ Daniel M. Press
Daniel M. Press, VSB #37123
dpress@chung-press.com
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
703-734-3800
*Counsel for Defendants*

/s/ Matthew Crist
Matthew A. Crist, VSB No. 85922
mcrist@MACPLLC.net
Matthew A. Crist, PLLC
9200 Church St., Suite 200
Manassas, VA 20110
(571) 551-6859
*Co-Counsel for Plaintiff*

/s/ Dev Kayal
Dev Kayal, Esq.
USDC Bar #: 446195
14201 Laurel Park Drive, Ste 223
Laurel MD 20707
Tel: 301-502-0486
Email: dev@dojolaw.com
*Co-Counsel for Plaintiff*
(Admitted *Pro Hac Vice*)

So ordered 3/9/2026

/s/
Patricia Tolliver Giles
United States District Judge

1